**\*E-Filed 10/07/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA K. HALL,<br><br>  Plaintiff,<br>v.<br><br>PLM LENDER SERVICES, INC., et al,<br><br>  Defendants.<br>_____/ | **No. C 09-4760 RS**<br><br>**ORDER FOR INTRA-DISTRICT TRANSFER** |

  Pursuant to Civil Local Rule 3-2(g), the Court finds that this action was improperly assigned to this division and that it should be transferred to the San Francisco or Oakland division under Civil Local Rule 3-2(d).

IT IS SO ORDERED.

Dated: October 7, 2009

  _____
  RICHARD SEEBORG
  UNITED STATES MAGISTRATE JUDGE