1   LAW OFFICE OF SHARON L. LAPIN
    SHARON L. LAPIN SBN 165919
2   110 LOCH LOMOND DR.
    SAN RAFAEL, CA 94901
3   (415) 258-1651
    e-mail:  lapinlaws@juno.com
4

5

6   Attorney for Plaintiff

IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7               UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA

9

10  DEBRA K. HALL,                          CASE NO.:  3:09-CV-04760-~~EDL~~  VRW..

11              Plaintiff,                  **PLAINTIFF'S NOTICE OF DISMISSAL**
                                            **WITHOUT PREJUDICE OF CAUSE OF**
12  v.                                      **ACTION FOR VIOLATION OF THE**
                                            **TRUTH IN LENDING ACT; CAUSE OF**
13  PLM LENDER SERVICES, INC.;              **ACTION FOR VIOLATION OF**
    PERFORMANCE MORTGAGE                    **CALIFORNIA ROSENTHAL ACT; CAUSE**
14  CERTIFIED FUND, LLC; VISIONARY          **OF ACTION FOR NEGLIGENCE; CAUSE**
    MILESTONES, INC.; ABIDA SULTANA         **OF ACTION FOR VIOLATION OF THE**
15  KHAN; JAMES HAYES and DOES 1-20         **REAL ESTATE SETTLEMENT**
    inclusive,                              **PROCEDURES ACT; CAUSE OF ACTION**
16                                          **FOR BREACH OF FIDUCIARY DUTY;**
                Defendants.                 **CAUSE OF ACTION FOR FRAUD; CAUSE**
17  _____/        **OF ACTION FOR VIOLATIONS OF**
                                            **CALIFORNIA BUSINESS &**
18                                          **PROFESSIONS; CAUSE OF ACTION FOR**
                                            **BREACH OF CONTRACT; CAUSE OF**
19                                          **ACTION FOR BREACH OF IMPLIED**
                                            **COVENANT OF GOOD FAITH AND FAIR**
20                                          **DEALING; and CAUSE OF WRONGFUL**
                                            **FORECLOSURE, INSOFAR AS THEY**
21                                          **RELATE TO DEFENDANTS: PLM**
                                            **LENDER SERVICES, INC.;**
22                                          **PERFORMANCE MORTGAGE**
                                            **CERTIFIED FUND, LLC; VISIONARY**
23                                          **MILESTONES, INC.; ABIDA SULTANA**
                                            **KHAN; JAMES HAYES, AND DOES 1-20**
24                                          **INCLUSIVE**
                                            **[FRCP 41(a)(l)(I)]**
25                                          ACTION FILED:  OCTOBER 6, 2009

26

27
                                            1
28

1   PLEASE TAKE NOTICE that Plaintiff, Debrah K. Hall, hereby dismisses, *without*

2   *prejudice*, her Cause of Action for Violation of the Truth In Lending Act (Count 1 of the First

3   Amended Complaint), her Cause of Action for Violation of California Rosenthal Act (Count 2 of

4   the First Amended Complaint), her Cause of Action for Negligence (Count 3 of the First

5   Amended Complaint), her Cause of Action for Violation of the Real Estate Settlement

6   Procedures Act ("RESPA") (Count 4 of the First Amended Complaint), her Cause of Action for

7   Breach of Fiduciary Duty (Count 5 of the First Amended Complaint), her Cause of Action for

8   Fraud (Count 6 of the First Amended Complaint), her Cause of Action for Violation of California

9   Business and Professions Code (Count 7 of the First Amended Complaint) her Cause of Action

10  for Breach of Contract (Count 8 of the First Amended Complaint), her Cause of Action for

11  Breach of Good Faith and Fair Dealing (Count 9 of the First Amended Complaint), and her

12  Cause of Action for Wrongful Foreclosure (Count 10 of the First Amended Complaint) as to

13  Defendants PLM Lender Services, Performance Mortgage Certified Fund, LLC, Visionary

14  Milestones, Inc., Abida Sultana Khan, James Hayes, and Does 1-20 inclusive.

15  DATED December 16, 2009

16                                          Respectfully submitted

17

18

19                          /s/Sharon L. Lapin
                            SHARON L. LAPIN
20                          Attorney for Plaintiff
                            Debra Hall

21

22

23

24

25

26

27

28  PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CAUSES OF ACTION

1  **CERTIFICATE OF SERVICE**

2  STATE OF CALIFORNIA          )
                               )ss.
3  COUNTY OF SACRAMENTO )

4  I am a citizen of the United States and a resident of the County of Sacramento.  I am over the age
   of 18 years and not a party to the within above-entitled action; my business address is 2882
5  Prospect Park Drive, Suite 350, Rancho Cordova, CA 95670.

6  On this date I served the foregoing document described as follows:  **PLAINTIFF'S NOTICE
   OF DISMISSAL WITHOUT PREJUDICE OF TILA**
7  AND RESPA CAUSES OF ACTION on the following interested parties in this action:

8                    SEE ATTACHED SERVICE LIST

9          The following is the procedure in which service of this document was effected:

10 ❑        Facsimile, Time: _____ P.M.; Date:

11 ❑        Federal Express, Priority Overnight

12 ❑        United Parcel Service, Next Day Air

13 ❑        United States Mail,

14 ✓        By Electronic Mail - I hereby certify that I electronically transmitted the attached
           document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of
15         Notice of Electronic Filing to the above listed CM/ECF registrants.

16         I declare under penalty of perjury that the foregoing is true and correct under the laws of
   the State of California and that this declaration was executed on December 16, 2009 at
17 Sacramento, California.

18

19                    /s/Robin C. Edwards____
                     ROBIN C. EDWARDS
20

21

22

23

24

25

26

27

28

1                                    **<u>SERVICE LIST</u>**

2    Phillip Mark Adleson, Esq.                   Representing Defendant:
     Adleson Hess & Kelly, APC
3    577 Salmar Avenue, 2nd Floor                 PLM Lender Services, Inc.
     Campbell, CA 95008
4    padleson@ahk-law.com

5

6
     Dennis H. Doss, Esq.                         Representing Defendant:
7    Doss Law, ALC
     2020 Main Street, Suite 950                  Performance Mortgage Certified Fund, LLC
8    Irvine, CA 92614
     dennis@dosslaw.com
9

10

11
     Lisa J Parrella, Esq.                        Representing Defendant:
12   Adleson Hess & Kelly, APC
     577 Salmar Avenue, 2nd Floor                 PLM Lender Services, Inc.
13   Campbell, CA 95008

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                           4
28       PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CAUSES OF ACTION